[No. 30707-0-I.    Division One.    May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. T.D.A., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-00007-7, George T. Mattson, J., entered May 13, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Grosse, JJ.


[No. 32674-1-I.    Division One.    May 2, 1994.]

DEBBIE FEYES, *Appellant*, v. PATRICIA FLASCH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-26198-9, Sharon S. Armstrong, J., entered April 19, 1993. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Coleman, J.


[No. 32154-4-I.    Division One.    May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. S.M., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-03988-7, Richard M. Ishikawa, J., entered January 14, 1993. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.


[No. 33140-0-I.    Division One.    May 2, 1994.]

HARVEY E. PITTELKO, ET AL, *Appellants*, v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-01345-2, George A. Finkle, J., entered December 31, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Grosse, JJ.